**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENEVILLE**

| | | |
|---|---|---|
| CHARLES RUDOLPH, | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | Nos. 2:09-cr-31; 2:13-cv-38-RLJ-DHI |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Respondent*. | ) | |

## JUDGMENT

In accordance with the accompanying memorandum opinion, this federal prisoner's expedited and supplemental expedited motions to vacate, set aside or correct a sentence pursuant to 28 U.S.C. § 2255 are **GRANTED** (Docs. 1151, 1235 and 1245), and he is **RESENTENCED** to a time-served sentence of imprisonment. This Order shall take effect ten days from its entry to give the Bureau of Prisons time to process petitioner's release.

**SO ORDERED.**

**ENTER:**

_____
LEON JORDAN
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   s/ *Debra C. Poplin*
   CLERK OF COURT